

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name:  In re American General Life Insurance Company, American Home Assurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and The United States Life Insurance Company of the City of New York, Relators

Appellate case number:  01-19-00298-CV

Trial court case number:  2017-19016

Trial court:  333rd District Court of Harris County

On April 24, 2019, relators, American General Life Insurance Company, et al. ("AIG"), filed a petition for writ of mandamus. The petition seeks to vacate the second part of the respondent trial judge's April 3, 2019 order compelling AIG, within 21 days, to "[t]ender the 19 documents, unredacted, *in camera* to the Court so that the Court can determine what documents, or portions thereof, are purely factual (non-privileged), and confirm that only CSI [Confidential Supervisory Information] has been redacted." AIG filed a sworn record and attached an appendix to the petition with a Rule 52.3(j) record certification and a Rule 52.7(a)(2) statement. *See* TEX. R. APP. P. 52.3(j), 52.7(a)(1), (2).

With the petition, AIG also filed an "Emergency Motion for Temporary Relief in Light of *April 24, 2019* Deadline" seeking a stay of the second part of the respondent's April 3, 2019 order described above with the 21-day deadline ending April 24, pending disposition of this petition, with the required certificate of compliance. *See* TEX. R. APP. P. 9.2(c)(4)(A), 52.10(a). AIG claims that this stay is necessary to preserve its rights and to avoid having to choose between violating the Federal Reserve's CSI regulations or the trial court's order. The Court **denies** AIG's emergency motion for temporary relief.

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____

☒ Acting individually   ☐ Acting for the Court

Date: _April 25, 2019___